IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Temporary Services, Inc. and Charleston Steel & Metal Co., on behalf of themselves and all others similarly situated, | ) ) ) ) | C/A No.: 3:08-cv-00271-JFA |
| Plaintiffs, | ) ) ) | |
| vs. | ) ) | **ORDER** |
| American International Group, Inc., et al., | ) ) ) | JUDGE JOSEPH F. ANDERSON, JR. |
| Defendants. | ) ) ) | |

The Court hereby modifies its previous order (ECF No. 265) directing the Defendant to produce a table of commission schedules or rates applicable to the 25 policies selected by Plaintiffs and further directing the CEO of AIG to sign an affidavit verifying, under oath, the table of commissions. The Court hereby imposes a deadline of October 31, 2011 for Defendant to produce the table as described in the Court's previous order.

    IT IS SO ORDERED.

October 12, 2011  
Columbia, South Carolina

Joseph F. Anderson, Jr.  
United States District Judge